519 A.2d 950

**COMMONWEALTH of Pennsylvania**

**v.**

**David WASHINGTON, Petitioner.**

Supreme Court of Pennsylvania.

Dec. 30, 1986.

Petition for Allowance of Appeal GRANTED, No. 161 E.D. Appeal Docket 1986.